**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 97 EM 2022
:
Respondent :
:
:
:
v. :
:
:
JEFFREY D. TURNER, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of February, 2023, the "*Nunc Pro Tunc* Notice of Appeal," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, and the "Petition for Default and Summary Judgment" are DENIED.